01

02

03

04

05

06                         UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
07                                  AT SEATTLE

08  JAMES ALLEN KINNEY,                    )   CASE NO.: C08-0489-RAJ-MAT
                                           )
09          Petitioner,                    )
                                           )
10      v.                                 )   ORDER DENYING PETITIONER'S
                                           )   SECOND AND THIRD MOTIONS
11  JEFFREY A. UTTECHT,                     )   FOR APPOINTMENT OF COUNSEL
                                           )
12          Respondent.                    )
    _____ )
13

14          Petitioner is a state prisoner who has filed a *pro se* petition for a writ of habeas corpus

15  pursuant to 28 U.S.C. § 2254. Petitioner previously filed a motion for appointment of counsel

16  (Dkt. No. 9), which the Court denied (Dkt. No. 10). Petitioner has since filed a second and third

17  motion for appointment of counsel (Dkt. Nos. 12 and 13).   Having considered the second and

18  third motions, the Court does hereby find and ORDER as follows:

19          (1)     Petitioner's second and third motions for appointment of counsel are DENIED.

20  There is no right to have counsel appointed in cases brought under 28 U.S.C. § 2254 unless an

21  evidentiary hearing is required. *See McCleskey v. Zant,* 499 U.S. 467, 495 (1991); Rule 8(c) of

22  the Rules Governing Section 2254 Proceedings for the United States District Courts, 28 U.S.C.

ORDER DENYING PETITIONER'S SECOND
AND THIRD MOTIONS FOR APPOINTMENT OF
COUNSEL
PAGE -1

01  foll. § 2254.  The Court may exercise its discretion to appoint counsel for a financially eligible

02  individual where the "interests of justice so require" under 18 U.S.C. § 3006A.  Whether counsel

03  should be appointed turns on the petitioner's ability to articulate his or her claims in light of the

04  complexity of the legal issues, and the likelihood of success on the merits.  *See Weygandt v. Look*,

05  718 F.2d 952, 954 (9th Cir. 1983).

06       Petitioner fails to demonstrate that the interests of justice would be best served by

07  appointment of counsel in this matter.  If the Court later orders an evidentiary hearing, the Court

08  will appoint counsel.

09       (2)    The Clerk shall forward a copy of this Order to petitioner, to counsel for

10  respondent, and to the Honorable Richard A. Jones.

11       DATED this <u>28th</u> day of May, 2008.

12

13  Mary Alice Theiler
    United States Magistrate Judge

14

15

16

17

18

19

20

21

22

ORDER DENYING PETITIONER'S SECOND
AND THIRD MOTIONS FOR APPOINTMENT OF
COUNSEL
PAGE -2