UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JAMES ALLEN KINNEY, | ) | CASE NO.: C08-0489-RAJ-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER DENYING PETITIONER'S |
| | ) | MOTION FOR RECONSIDERATION |
| JEFFREY A. UTTECHT, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

On May 28, 2008, the Court denied petitioner's second and third motions for appointment of counsel. (Dkt. No. 14). On June 6, 2008, petitioner filed a fourth such motion. (Dkt. No. 19). Having considered the motion, the Court does hereby find and ORDER as follows:

(1) In light of the fact that the Court recently denied petitioner's previous motions for appointment of counsel, the Court construes his fourth such motion as a motion for reconsideration of the Court's prior Order.

(2) Motions for reconsideration are disfavored. In order to prevail, petitioner must show either "manifest error in the prior ruling" or "new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." Local Rule CR

7(h). Applying this standard here, petitioner fails to make such a showing and consequently, his motion for reconsideration (Dkt. No. 19) is DENIED.

(3) The Clerk shall forward a copy of this Order to petitioner, to counsel for respondent, and to the Honorable Richard A. Jones.

DATED this 9th day of June, 2008.

*Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge

ORDER DENYING PETITIONER'S
MOTION FOR RECONSIDERATION
PAGE -2