# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| JAMES ALLEN KINNEY, | ) | CASE NO.: C08-0489-RAJ-MAT |
| Petitioner, | ) | |
| v. | ) | ORDER STRIKING PETITIONER'S LETTER TO CLERK |
| JEFFREY A. UTTECHT, | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner who has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Clerk has received a letter from petitioner in which petitioner makes several objections to these proceedings. (Dkt. No. 26). Petitioner also states in the letter that he intentionally did not send a copy of the letter to counsel for respondent. (*Id*. at 3). Having reviewed the letter and the balance of the record, the Court does hereby find and ORDER as follows:

(1) Petitioner is required under the Local Rules and the Federal Rules of Civil Procedure to send respondent a copy of *every* document that he files with the Clerk. See Local Rule CR 5(f); Fed. R. Civ. P. 5(a). Petitioner was advised of this requirement in the Court's Order

ORDER STRIKING PETITIONER'S
LETTER TO CLERK
PAGE -1

01 of April 22, 2008. (Dkt. No. 5). Because petitioner has failed to comply with these rules, the

02 Clerk shall STRIKE the letter. (Dkt. No. 26). If petitioner wishes the Court to consider his

03 objections, he must refile them and send a copy to counsel for respondent.

04     (2)    The Clerk shall forward a copy of this Order to petitioner, to counsel for

05 respondent, and to the Honorable Richard A. Jones.

06     DATED this <u>23rd</u> day of July, 2008.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

ORDER STRIKING PETITIONER'S
LETTER TO CLERK
PAGE -2