# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JAMES ALLEN KINNEY,<br><br>　　　　　Petitioner,<br><br>v.<br><br>STATE OF WASHINGTON, DEPARTMENT OF CORRECTIONS,<br><br>　　　　　Respondent. | NO. C08-0489-RAJ-MAT<br><br>ORDER GRANTING SECOND MOTION FOR EXTENSION OF TIME TO ANSWER PETITION<br><br>(~~PROPOSED~~) |

The Court, having reviewed the record and Respondent's Second Motion for Extension of Time to Answer Petition; does hereby find and **ORDER**:

1. Respondent's Motion is **GRANTED**. Respondent's Answer is due August 7, 2008.

2. The Clerk of the Court is instructed to send uncertified copies of this Order to Petitioner and counsel for Respondent.

DATED this <u>4th</u> day of <u>August</u>, 2008.

　　　　　　　　　　　　　　　<u>s/ Mary Alice Theiler　　　　　　</u>
　　　　　　　　　　　　　　　United States Magistrate Judge

Presented By:

ROBERT M. MCKENNA
Attorney General
<u>/s/ Ronda D. Larson　　　　　　</u>
RONDA D. LARSON, WSBA #31833
Assistant Attorney General