UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JAMES ALLEN KINNEY, | ) | CASE NO.: C08-0489-RAJ-MAT |
| Petitioner, | ) | |
| v. | ) | ORDER NOTING PETITIONER'S MOTION TO WITHDRAW AND |
| JEFFREY A. UTTECHT, | ) | DIRECTING RESPONDENT TO RESPOND |
| Respondent. | ) | |

Petitioner is a Washington state prisoner who has filed a pro se habeas petition, to which respondent has filed an answer. Petitioner's petition is noted for consideration by the Court on September 19, 2008. Petitioner recently filed a motion to withdraw the petition. (Dkt. No. 37). Petitioner did not include in the motion a noting date, as required by the Local Rules. Therefore, the Court does hereby ORDER as follows:

(1) The Clerk shall NOTE petitioner's motion to withdraw his habeas petition (Dkt. No. 37) for consideration by the Court on **September 19, 2008**. Respondent shall file a response no later than **September 15, 2008**. Petitioner may file a reply no later than **September 19, 2008**,

(2) The Clerk shall forward a copy of this Order to petitioner, to counsel for

ORDER NOTING PETITIONER'S MOTION TO
WITHDRAW AND DIRECTING RESPONDENT TO
RESPOND
PAGE -1

respondent, and to the Honorable Richard A. Jones.

DATED this <u>2nd</u> day of September, 2008.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

ORDER NOTING PETITIONER'S MOTION TO
WITHDRAW AND DIRECTING RESPONDENT TO
RESPOND
PAGE -2